# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SIDNEY MCBRIDE, III | CIVIL ACTION |
| VERSUS | NO. 21-0052 |
| SHERIFF CRAIG WEBRE, ET AL. | SECTION "T"(5) |

## ORDER OF DISMISSAL

Following the Report and Recommendation issued by the United States Magistrate Judge, Plaintiff timely filed an objection.[1] The objection did not respond to the analysis of the Report and Recommendation, but instead stated that Plaintiff never received a copy of the Motion to Dismiss filed by Defendants.[2] Plaintiff argues that he would have filed an opposition had he been properly notified. On June 17, 2021, the Court issued an order allotting Plaintiff additional time to file a memorandum in response to Defendants' Motion to Dismiss.[3] Plaintiff has failed to respond with any briefing and, as a result, the Court adopts the Report and Recommendation of the Magistrate Judge (R. Doc. 17). Accordingly,

**IT IS ORDERED** that the Defendants' Motion is granted,[4] and that Plaintiff's suit be dismissed without prejudice, but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

New Orleans, Louisiana, this __30th__ day of July, 2021.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 18.
[2] R. Doc. 16.
[3] R. Doc. 19. The order gave Plaintiff until July 28, 2021, to file an opposition.
[4] R. Doc. 16.